Hudson Trust Company, Respondent, *v.* American Linseed Company, Appellant.

(Submitted March 6, 1922; decided March 14, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 232 N. Y. 350.)

---

The People of the State of New York ex rel. New York Life Insurance Company, Respondent, *v.* M. J. Walsh et al., Constituting the State Tax Commission, Appellants.

*Tax — franchise tax — corporations — life insurance company entitled to credit for all amounts refunded to policyholders either as dividends or upon cancellation of policies.*

*People ex rel. N. Y. Life Ins. Co. v. Walsh*, 198 App. Div. 34, affirmed. (Argued February 28, 1922; decided March 21, 1922.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 25, 1921, which reversed, on certiorari, a determination of the state tax commission overruling the relator's application for revision of its franchise tax, so as to allow a deduction of the amount of dividends credited to holders of policies on the deferred dividend plan and a deduction on account of premiums refunded to policyholders on the cancellation of their policies. The Appellate Division held that relator was entitled to credit for all amounts which, in the performance of its statutory and contract obligations, it was bound from time to time to refund to its policyholders, either as dividends or upon the cancellation of policies.

*Charles D. Newton*, Attorney-General (*C. T. Dawes* of counsel), for appellants.

*James H. McIntosh* for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Pound, McLaughlin, Crane and Andrews, JJ. Absent: Cardozo, J. Dissenting: Hogan, J.